IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| KIWASKI R VAUGHN | ) | CASE NO: 14-09107 |
| VENITA A VAUGHN | ) | JUDGE: MASHBURN |
| P.O. BOX 140492 . | ) | |
| NASHVILLE, TN 37214 | ) | |
| SSXXX-XX-8868 | ) | |
| SSXXX-XX-3589 | ) | |
| | ) | |
| Debtor(s) | | |

## MOTION AND NOTICE TO VOLUNTARILY DISMISS CHAPTER 13 CASE

Come(s) the debtor(s), through counsel, Adrienne N Trammell-Love, and move(s) to voluntarily dismiss this Chapter 13 case pursuant to 11 USC §1307(b) and Local Bankruptcy Rule 1017-2(d).

Respectfully Submitted,

*/s/ ADRIENNE N TRAMMELL-LOVE*
Adrienne N Trammell-Love #024759
Attorney for Debtor(s)
2394B Murfreesboro Rd
Nashville, TN 37217
(615) 243-7979 (telephone)
(615) 246-4186 (facsimile)
trammellfirm@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | CHAPTER | 13 |
| KIWASKI R VAUGHN | ) | CASE NO: | 14-09107 |
| VENITA A VAUGHN | ) | JUDGE: | MASHBURN |
| P.O. BOX 140492 . | ) | | |
| NASHVILLE, TN 37214 | ) | | |
| SSXXX-XX-8868 | ) | | |
| SSXXX-XX-3589 | ) | | |
| | ) | | |
| Debtor(s) | | | |

## CERTIFICATE OF SERVICE

I certify that on this 7th day of January, 2016, I mailed or emailed via electronic case noticing a copy of the foregoing to the Office of the Chapter 13 Trustee, P.O. Box 340019, Nashville, TN 37203; to the Office of the U.S. Trustee, Customs House, 701 Broadway, Nashville, TN 37203; to the debtor(s) at the above referenced address; and to each creditor of the mailing matrix.

*/s/ Adrienne N Trammell-Love*
Adrienne N Trammell-Love